UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                     Civil Action
                                                                     No: 1:16-12306-WGY

**NEUSTADTER**
**Plaintiff**

v.

**NATIONAL RAILROAD PASSENGER CORP., et al**
**Defendants**

**JUDGMENT**

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANTS.**

                                                                    Robert M. Farrell
                                                                    Clerk

**So Approved**

 Honorable William G. Young, USDJ

                                                                 /s/ Jennifer Gaudet
                                                                  Deputy Clerk

December 11, 2018

**To: All Counsel**